# 09-20084



| | | |
|---|---|---|
| DCECF_LiveDB@txs.uscourts.gov | To | DC_Notices@txs.uscourts.gov |
| 02/04/2009 01:24 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 4:07-md-01886 In Re: Refined Petroleum Products Antitrust Litigation Notice of Appeal |

*Houston*

FEB 04

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

FEB 1 0 2009

Michael N. Milby, Clerk

**Notice of Electronic Filing**

The following transaction was entered by Gotfryd, William on 2/4/2009 at 1:24 PM CST and filed on 2/4/2009

**Case Name:**  In Re: Refined Petroleum Products Antitrust Litigation
**Case Number:**  4:07-md-1886
**Filer:**  Countywide Petroleum Co.
Fast Break Foods, LLC
Green Oil Co
Central Ohio Energy Inc
**WARNING: CASE CLOSED on 01/09/2009**
**Document Number:**  53

Docket Text:
**NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: [49] Memorandum and Opinion, by Fast Break Foods, LLC, Green Oil Co, Central Ohio Energy Inc, Countywide Petroleum Co. (Filing fee $ 455, receipt number 05410000000004663678), filed.(Gotfryd, William)**

4:07-md-1886 Notice has been electronically mailed to:

William Guy Arnot , III    barnot@winstead.com