United States Courts
Southern District of Texas
FILED

JUN 10 2009

Michael N. Milby, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 05, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 09-20084   In Re: Refined Petro, et al, et al
      USDC No. 4:07-MD-1886
      USDC No. 4:07-CV-4409
      USDC No. 4:07-CV-4413
      USDC No. 4:07-CV-4415
      USDC No. 4:08-CV-241
      USDC No. 4:06-CV-3569
      USDC No. 4:07-MD-1886

The court has granted the motion to supplement or correct the record in this case.

CHARLES R. FULBRUGE III, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

*Motion Notice - MOT2 (!npman)*